# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAROLE A. SOTO, | ) | NO. CV 10-0549 FMO |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Twenty Thousand and Six Hundred and Fifty Seven dollars ($20,657.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Lawrence D. Rohlfing shall reimburse plaintiff the amount of Seven Thousand and Three Hundred and Twenty dollars ($7,320.00). Dated this 14th day of June, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge